UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 11-CR-46-KKC

UNITED STATES OF AMERICA,                         PLAINTIFF

v.                     **OPINION AND ORDER**

THEODORE S. LOMAN,                             DEFENDANT

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on the Defendant's Motion to Suppress [DE 28] and the Magistrate Judge's Recommended Disposition recommending that the motion be denied. The Defendant has filed no objections to the Recommended Disposition and the Court agrees with the Magistrate Judge's analysis. Accordingly, the Court hereby ORDERS as follows:

1)      The Magistrate Judge's Recommended Disposition [DE 41] is ADOPTED as the Court's opinion;

2)      The Defendant's Motion to Suppress [DE 28] is DENIED; and

3)      This matter is SCHEDULED for a pretrial on **November 2, 2011 at 1:00 p.m.** and for a jury trial on **November 14, 2011 at 9:00 a.m.**

Dated this 12th day of October, 2011.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge